UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
In re                                   :
                                        :
WORLDCOM, INC., et al.,                 :
                                        :
        Debtors,                        :   04 CIV. 4546 (DLC)
                                        :
--------------------------------------- :       ORDER
                                        :
WORLDCOM, INC., a Georgia corporation,  :
                                        :
        Plaintiff,                      :
                                        :
    -against-                           :
                                        :
ASSOCIATED ELECTRIC & GAS INSURANCE     :
SERVICES LIMITED, et al.,               :
                                        :
        Defendants.                     :
                                        :
----------------------------------------X

*USDC SDNY*
*DOCUMENT*
*ELECTRONICALLY FILED*
*DOC #: _____*
*DATE FILED: 3/26/08*

DENISE COTE, District Judge:

    This case having been resolved, it is hereby

    ORDERED that the Clerk of Court shall close the case.

Dated:   New York, New York
         March 26, 2008

                                    _____
                                        DENISE COTE
                           United States District Judge